

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Shaunna Lynn Shaw, Appellant

No. 06-24-00022-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 23-0102X). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Shaunna Lynn Shaw, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 11, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk